UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **PETER J. BONZANI, JR.,** | : | **Civil Action No.: 18-01549** |
| **Plaintiff,** | : | |
| -v- | : | |
| **UNITED TECHNOLOGIES CORPORATION and PRATT & WHITNEY,** | : | **September 13, 2018** |
| **Defendants.** | : | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, defendant United Technologies Corporation, Pratt & Whitney Division, submits this Corporate Disclosure Statement. Pratt & Whitney is a Division of United Technologies Corporation ("UTC"). UTC is a publicly traded company that does not have a parent corporation. However, State Street Corporation has reported in its filings with the Securities and Exchange Commission that it is the beneficial owner of more than 10 percent of the outstanding shares of UTC's common stock as of December 31, 2016.

**Defendant
United Technologies Corporation,
Pratt & Whitney Division**

By:   */s/ Eric L. Sussman*
Eric L. Sussman (ct19723)
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
elsussman@daypitney.com
Tel. (860) 275-0100
Fax. (860) 881-2458

-and-

-2-

        Kenton Atta-Krah (ct29789)
        Day Pitney LLP
        7 Times Square – 20th Floor
        New York, NY 10036
        kattakrah@daypitney.com
        Tel. (212) 297-5800
        Fax. (212) 602-0197

## **CERTIFICATE OF SERVICE**

This is to certify that on the above date, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by regular first-class mail to counsel unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

**N. Kane Bennett**
**Aeton Law Partners LLP**
**101 Centerpoint Dr., Suite 105**
**Middletown, CT 06457**
nkb@aetonlaw.com

*Attorneys for Plaintiff*

                   By: */s/ Eric L. Sussman*